**Mark E. RICHARDS, Plaintiff—Appellant,**

v.

**Larry W. SAUNDERS, Warden; Anthony Parker; Kimberly Ordile, Operations Officer; Jane Menefee, Mailroom Officer; Four Unknown Police Officers, Coffeewood Correctional Center; Four Unknown Police Officers, The Virginia Department of Corrections; Ronald J. Angelone, Director, Virginia Department of Corrections; Barry Meador, Coffeewood Correctional Center, Defendants—Appellees.**

**No. 03–7774.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Mark E. Richards, Appellant pro se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark E. Richards appeals the district court's order granting summary judgment to the Defendants and dismissing his civil rights complaint challenging the conditions of confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Richards v. Saunders,* No. CA–01–805–7 (W.D.Va. Oct. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*